UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| THOMAS P. PATTEN, | : | |
| | : | |
| *Plaintiff*, | : | |
| v. | : | No. 1:04-CV-066 |
| | : | *Edgar* |
| JOHN E. POTTER, United States Postmaster General, | : | |
| | : | |
| | : | |
| *Defendant*. | : | |

## **JUDGMENT**

In accordance with the accompanying memorandum opinion, the motion of defendant, John E. Potter, for a summary judgment pursuant to FED. R. CIV. P. 56 on the claims of plaintiff, Thomas P. Patten [Doc. No. 11-1], is **GRANTED**. The plaintiff's claims are **DISMISSED WITH PREJUDICE**. The defendant is entitled to **JUDGMENT** in his favor. Costs are awarded to the defendant. The Clerk shall close the file.

SO ORDERED.

ENTER this *12th day of September, 2005*.

                                                */s/ R. Allan Edgar*
                                                R. ALLAN EDGAR
                                   CHIEF UNITED STATES DISTRICT JUDGE